UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABG-SHARK, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>ORGANO GOLD INTERNATIONAL, INC.,<br><br>   Defendant. | NO. MC20-0030RSL<br><br>ORDER DECLINING TO ISSUE WRIT OF EXECUTION |

This matter comes before the Court on the "Declaration of James M. Shore in Support of an Writ of Execution" filed by plaintiff ABG-Shark, LLC, on April 24, 2020. Federal Rule of Civil Procedure 69(a)(1) provides that money judgments are enforced by a writ of execution, the process for which is governed by the procedure of the state where the judgment was entered except to the extent that a federal statute applies. Because the proposed writ does not particularly describe the personal property to be seized or its value, it does not satisfy the requirements of RCW Ch. 6.17.110. The Court declines to issue the proposed writ. No further action will be taken on the existing application.

  Dated this 4th day of May, 2020.

             */s/ Robert S. Lasnik*
             Robert S. Lasnik
             United States District Judge

ORDER DECLINING TO ENTER
WRIT OF EXECUTION - 1