HONORABLE ROBERT S. LASNIK

HUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABG-SHARK, LLC, a Delaware limited liability company,<br><br>  Judgment Creditor,<br><br>  v.<br><br>ORGANO GOLD INT'L, INC., a Nevada corporation,<br><br>  Judgment Debtor. | No. 2:20-mc-0030 RSL<br><br>SECOND DECLARATION OF JAMES M. SHORE IN SUPPORT OF WRIT OF EXECUTION |

I, James M. Shore, pursuant to 28 U.S.C. §1746, declare the following under penalty of perjury:

1. I am counsel for Judgment Creditor ABG-Shark, LLC in this matter. I make this declaration in support of Judgment Creditor's request for the issuance of a Writ of Execution.

2. Judgment Creditor brings this request pursuant to RCW 6.17.110(3)(a), requesting satisfaction of a money judgment out of whatever personal property Judgment Debtor has at its Ferndale, Washington address. Judgment Creditor is not requesting the delivery of real or personal property, so RCW 6.17.110(3)(c) is inapplicable.

3. Pursuant to the declaration of Judgment Debtor's Senior Vice President of Internal Operations, Norman Perrett, filed in this Court in the action styled *Organo Gold Int'l, Inc. v.*

SECOND DECLARATION OF JAMES M. SHORE IN SUPPORT OF WRIT OF EXECUTION
(2:20-mc-0030 RSL) - 1

1  *Aussie Rules Marine Services, Ltd., et. al.*, Case No. 2:18-cv-00108-JLR, the following personal property is located at Judgment Debtor's Ferndale, Washington address: "product shipments from [Judgment Debtor's] suppliers across the globe (China, Malaysia, E.U., USA and Canada). Those products included the Greg Norman "Brew-Kup," "Espresso" product-lines, and other branded products ("Branded Products"), as well as associated distributor business-tools (sales aids) and promotional materials."  *See* Declaration of Norm Perrett, at ¶ 9, attached hereto as Exhibit A.  Pursuant to the declaration of Judgment Debtor's Senior Vice President of Internal Operations further states that the Ferndale, Washington address also "acts as [Judgment Debtor's] surrogate headquarters for the U.S."  *See* Exhibit A, at ¶ 10.  Judgment Creditor has no knowledge or information as to the value of the personal property located at Judgment Debtor's Ferndale, Washington address.

4.  Judgment Creditor received final judgment in the amount of $1,800,000.00 on February 4, 2020 in the U.S. Southern District of Florida, civil action number 18-CIV-80758-RAR.

5.  The judgment bears interest at 6.33 percent per annum, in the amount of $312.16 per day, as determined pursuant to 28 U.S.C. §1961. As of the date of this declaration, $28,718.72 in interest has accrued on the judgment.

6.  Judgment Creditor accrued $11.00 in costs in the U.S. Southern District of Florida for the certification of the judgment.

7.  Judgment Creditor accrued $47.00 in costs in the U.S. Western District of Washington for the registration of a foreign judgment, docket number 2:20-mc-00025.

8.  Judgment Creditor accrued $47.00 in costs in the U.S. Western District of Washington by filing this action requesting a writ of execution.

9.  Judgment Creditor accrued $158.50 in costs for recording the judgment with the Auditor's Office for Whatcom County, Washington, Auditor File Number 2020-0402275.

/ / /

/ / /

SECOND DECLARATION OF JAMES M. SHORE IN SUPPORT OF WRIT OF EXECUTION
(2:20-mc-0030 RSL) - 2

1. 10. Judgment Debtor has not made any payments on the judgment, interest, or costs.

   DATED: May 6, 2020.

   STOEL RIVES LLP

   *s/James M. Shore*
   James M. Shore, WSBA No. 941425
   jim.shore@stoel.com

   STOEL RIVES LLP
   600 University Street, Suite 3600
   Seattle, WA  98101
   Telephone:  206.624.0900
   Facsimile:  206.386.7500

   Attorneys for Defendant-Judgment Creditor

SECOND DECLARATION OF JAMES M. SHORE IN SUPPORT OF WRIT OF EXECUTION
(2:20-mc-0030 RSL) - 3