HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABG-SHARK, LLC, a Delaware limited liability company,<br><br>     Judgment Creditor,<br><br>  v.<br><br>ORGANO GOLD INT'L, INC., a Nevada corporation,<br><br>     Judgment Debtor. | No. 2:20-mc-0030 RSL<br><br>[PROPOSED] ORDER ISSING WRIT OF EXECUTION |

Before this Court is Judgment Creditor's request for an issuance of a Writ of Execution in the sum of $1,800,000.00 principal, $28,718.72 in post-judgment interest as of the date of application, and $263.50 in costs. Said judgment was originally issued in the in the U.S. Southern District of Florida, civil action number 18-CIV-80758-RAR, and was registered as a foreign judgment in this District on March 25, 2020, docket number 2:20-mc-00025.

This Writ of Execution is brought pursuant to RCW 6.17.110(3)(a) for satisfaction of a money judgment out of the personal property of the Judgment Debtor. This Writ is not brought pursuant to RCW 6.17.110(3)(c) for delivery of real or personal property in the hands of the Judgment Debtor.

It is ORDERED that a Writ of Execution be issued in favor of Judgment Creditor for satisfaction of a money judgment out of the personal property of the Judgment Debtor.

[PROPOSED] ORDER ISSING WRIT OF EXECUTION (2:20-mc-0030 RSL) - 1

1

2        DATED this ____ day of _____, 2020.

3

4
                                            _____
5                                            THE HON. ROBERT S. LASNIK
                                            United States District Court Judge

6
    Presented by:
7

8
    STOEL RIVES LLP
9

10

    *s/James M. Shore*_____
11  James M. Shore, WSBA No. 28095
    jim.shore@stoel.com
12
    STOEL RIVES LLP
13  600 University Street, Suite 3600
    Seattle, WA  98101
14  Telephone:  206.624.0900
    Facsimile:  206.386.7500
15
    Attorneys for Judgment Creditor
16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER ISSING WRIT OF EXECUTION (2:20-mc-0030 RSL) - 2