AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ORGANO GOLD INT'L, INC. <br> *Plaintiff* <br> v. <br> AUSSIE RULES MARINE SERVICES, LTD, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 18-CIV-80758-RAR <br> ) <br> ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* **02/04/2020**.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 3/6/2020

Angela E. Noble
CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk

Case 2:20-mc-00030-BSL Document 3-4 Filed 05/26/20 Page 2 of 4
Case 2:20-mc-00025 Document 1-3 Filed 03/25/20 Page 2 of 2
Case 9:18-cv-80758-RAR Document 141 Entered on FLSD Docket 02/04/2020 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-80758-RAR

ORGANO GOLD INT'L, INC.,

    Plaintiff,

v.

AUSSIE RULES MARINE
SERVICES, LTD., et al.,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Defendants' Motion to Enforce Settlement Agreement ("Motion") [ECF No. 138]. Defendants seek entry of final judgment in the amount of $1,800,000 in accordance with the Parties' Settlement Agreement [ECF No. 137]. Plaintiff did not respond to Defendant' Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Final judgment is hereby entered in favor of ABG-Shark, LLC in the amount of $1,800,000. Plaintiff shall take nothing from this action and Defendants shall go hence without day.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of February, 2020.

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**



**From:** Dern, Debbie L. <debbie.dern@stoel.com>
**Sent:** Wednesday, March 25, 2020 4:16 PM
**To:** WAWDdb_NewCasesSea <newcases.seattle@wawd.uscourts.gov>
**Cc:** Shore, James M. <jim.shore@stoel.com>; Powell, Davis R. <c_davis.powell@stoel.com>
**Subject:** Registration of Foreign Judgment

Good afternoon,

Attached please find the Clerk's Certification of a Judgment to Be Registered in Another District and the certified Final Judgment for *Organo Gold, Int'l, Inc. v. Aussie Rules Marine Services, LTD., et al*,

Civil Action No. 18-CIV-80758-RAR from the Southern District of Florida. We will be placing a check in the mail tomorrow to pay the filing fee. Please let me know if any other documentation is needed to register this judgment.

Thank you for your attention to this matter.

**Debbie L. Dern** | Practice Assistant to Timothy J. O'Connell, James Shore, Rita Latsinova, Christopher Wall and Reid McEllrath

Silver Certified Member, **Stoel Rives "Go Green" P$^2$ Sustainability Program**

**STOEL RIVES** LLP | 600 University Street, Suite 3600 | Seattle, WA 98101-4109

Direct: (206) 689-8732 | Fax:  (206) 386-7500

debbie.dern@stoel.com | www.stoel.com

*Please note my new email address format.  However, the old email address will also work.*

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any unauthorized review, use, or distribution is prohibited and may be unlawful.