UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABG-SHARK, LLC, a Delaware limited liability company, <br><br> Judgment Creditor, <br><br> v. <br><br> ORGANO GOLD INT'L, INC., a Nevada corporation, <br><br> Judgment Debtor. | No. 2:20-mc-0030 RSL <br><br> ORDER DIRECTING CLERK TO ISSUE WRIT OF EXECUTION |

Before this Court is Judgment Creditor's request for an issuance of a Writ of Execution in the sum of $1,800,000.00 principal, $28,718.72 in post-judgment interest as of the date of application, and $263.50 in costs. Said judgment was originally issued in the in the U.S. Southern District of Florida, civil action number 18-CIV-80758-RAR, and was registered as a foreign judgment in this District on March 25, 2020, docket number 2:20-mc-00025.

The Clerk of Court is hereby directed to issue the Writ of Execution attached to this Order for satisfaction of a money judgment out of the personal property of the Judgment Debtor.

Dated this 11th day of May, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING CLERK TO
ISSUE WRIT OF EXECUTION (2:20-mc-0030 RSL) - 1