CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABG-SHARK, LLC, a Delaware limited liability company, <br><br> Judgment Creditor, <br><br> v. <br><br> ORGANO GOLD INT'L, INC., a Nevada corporation, <br><br> Judgment Debtor. | No. 2:20-mc-0030 RSL <br><br> WRIT OF EXECUTION |

TO: THE U.S. MARSHAL FOR THE WESTERN DISTRICT OF WASHINGTON

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On February 4, 2020, a judgment was entered in the United Stated District Court for the Southern District of Florida in the matter of *Organo Gold, Int'l, Inc. v. Aussie Rules Marine Services, LTD., et al.*, 18-CIV-80758-RAR in favor of Defendant ABG-Shark, LLC as Judgment Creditor and against Organo Gold, Int'l, Inc. as Judgment Debtor, in the amount of $1,800,000.00.

WRIT OF EXECUTION (2:20-mc-0030 RSL) - 1

On March 25, 2020, Judgment Creditor filed an action pursuant to 28 U.S.C. §1963 to register said judgment in the United States District Court for the Western District of Washington, docket number 2:20-mc-00025.

WHEREAS, according to a declaration of costs after judgment it appears that further sums have accrued since the entry of judgment, to wit:

$28,718.72 accrued post-judgment interest in the U.S. Southern District of Florida,

$11.00 accrued costs in the U.S. Southern District of Florida,

$92.00 accrued costs in the U.S. Western District of Washington,

$158.50 accrued costs recording the judgment in Whatcom County, Washington, making a total of

$28,980.22 **ACCRUED COSTS AND ACCRUED INTEREST** as of May 6, 2020.

No credit must be given for payments and partial satisfaction, as none has been made, leaving a net balance of:

$1,828,980.22 **ACTUALLY DUE** on May 6, 2020, of which

$1,800,000.00 is due on the judgment as entered and bears interest at 6.33 percent per annum, in the amount of $312.16 per day, from the date of entry of judgment, to which must be added the commissions and costs of the officer executing this writ.

The judgment has been recorded with the Auditor's Office(s) of the following counties in Washington:

Whatcom County, Auditor File Number 2020-0402275.

Execution shall be made against the personal property of the Judgment Debtor up to the value of $1,828,980.22 located at:

    5505 Hovander Rd.
    Ferndale, WA 98248

| | | |
|---|---|---|
| 1 | DATED: ___May 11___, 2020. | William M McCool<br>CLERK, UNITED STATES DISTRICT<br>COURT FOR THE WESTERN DISTRICT<br>OF WASHINGTON |
| 2 | | |
| 3 | | |
| 4 | | _____/s/ Cynthia Mullican_____<br>Deputy Clerk |
| 5 | | |
| 6 | | |

7   The following are names and addresses of the Judgment-Debtor to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy.

8

9   Organo Gold, International, Inc.
    5505 Hovander Rd.
10  Ferndale, WA 98248
    ------------------------------------------------
11  Tousley Brain Stephens PLLC
    Kevin A. Bay
12  1700 Seventh Avenue
    Suite 2200
13  Seattle, WA 98101
14  Attorneys for Organo Gold, Int'l, Inc.
    ------------------------------------------------
15  Cardozo, Eckert & Sanchez, PLLC
    Juan G. Sanchez
16  13790 NW 4th Street
    Suite 107
17  Sunrise, FL 33325
18  Attorneys for Organo Gold, Int'l, Inc.
    ------------------------------------------------
19  Nichamoff Law, P.C.
    Seth Nichamoff
20  2444 Times Boulevard
    Suite 270
21  Houston, TX 77005
22  Attorney for Organo Gold, Int'l, Inc.

23

24

25

26

WRIT OF EXECUTION (2:20-mc-0030 RSL) - 3