UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABG-SHARK, LLC, a Delaware limited liability company,<br><br>    Judgment Creditor,<br><br> v.<br><br>ORGANO GOLD INT'L, INC., a Nevada corporation,<br><br>    Judgment Debtor. | No. 2:20-mc-0030 RSL<br><br>**RESPONSE TO NOTICE OF INACTIVITY AND STATUS REPORT** |

 Judgment Creditor, ABG-Shark, LLC ("Judgment Creditor") submits the following status report in response to this Court's Notice of Inactivity (Dkt. 6), to provide information concerning its ongoing judgment collection efforts:

 This is a post-judgment action to enforce a judgment entered in the United States District Court for the Southern District of Florida in the matter of *Organo Gold, Int'l, Inc. v. Aussie Rules Marine Services, LTD., et. al.*, 18-CIV-80758-RAR in favor of ABG-Shark, LLC as Judgment Creditor, against Organo Gold, Int'l, Inc. as Judgment Debtor, in the amount of $1,800,00.00 (the "Judgment").

RESPONSE TO NOTICE OF INACTIVITY AND STATUS REPORT (2:20-mc-0030 RSL) - 1

On May 11, 2020, this Court issued a Writ of Execution (Dkt. 5). Since that date, Judgment Creditor has been diligently attempting to coordinate the execution of the writ, including with the U.S. Marshal's Office. Unfortunately, the execution of the writ has been delayed as a result of office closures, risks and other obstacles associated with the COVID-19 pandemic.

The U.S. Marshal's office more recently informed the Judgment Creditor that a Judgment Creditor representative will need to accompany the U.S. Marshal in executing the writ. Given the continued significant health risks and travel disruptions associated with the highly transmissible COVID-19 omicron variant, Judgment Creditor requires additional time to coordinate the execution efforts with the U.S. Marshal's office in a safe manner.

For the reasons set forth above, Judgment Creditor respectfully requests that the Court allow Judgment Creditor an additional 180 days to coordinate the execution of the writ.

Dated: December 29, 2021

STOEL RIVES LLP

*s/James M. Shore*
James M. Shore, WSBA No. 28095
jim.shore@stoel.com

600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Judgment Creditor

RESPONSE TO NOTICE OF INACTIVITY AND STATUS REPORT (2:20-mc-0030 RSL) - 2